Mr. Stephens,

FEB 01 2012

11-CR-73

As I informed you of orally, telephonically, and through letter I have a defect on the face of my original indictment. I have the urgent need to know what is the nature and cause of this investigation and my arrest, as I had a lis pendens placed against me and do not know if Rcr 64 was used in place of my criminal warrant. I need the following documentation mailed to me immediately so that I may inspect for that reason, and because what the police did was illegal. I do NOT want any deals and would greatly appreciate if I can have you file my defense under Rcr 12(b). You are my attorney and it requires ethical conduct and refusing to expedite justice is unbecoming to me as a client and triggers a conflict in association of ineffectiveness. I would like you to submit this motion immediately upon reciept of this letter. If you do NOT want to enter my special plea (which is what I would like to enter) I haven't any other choice but to waive my rights to counsel. I would like for you to use this letter to your defense in any event as a scope and contractual bid in the effort of resolving my case.

c: Andrew Stephens
U.S. District Court
J. Hamilton Thompson
U.S. Court of Appeals 6th Cir.

Respectfully Submitted,
Marquis D. Heard
Marquis D. Heard

Affidavit Declaration

I Marquis Deron Heard attest this document as an assertion independent from any 2nd or 3rd party source, that I am willing and wanting to waive my right to be represented by counsel if my now attorney of record, Mr. Andrew Stephens refuses, delays or will NOT file a special plea & review under rule 12(b) of my original indictment <u>11cr73 USA v. HEARD</u> immediately upon reciept of this Afficavit with accompaning letter. I would also like to attest I DO NOT want to use ANY mental defeciency as ANY defense in the above named case and would like a fast and speedy trial.

I certify under penalty of perjury the foregoing is true and correct and this document was mailed through the prison legal mailing system on the __30__ day of January 2012

Robin L. Eads
Notary #422097
exp. 6/17/2014

Marquis D. Heard
Marquis D. Heard

United States Court of Appeals
For the Sixth Circuit

United States of America           Plantiff
                                         11-6446

v.
Marquis Deran Heard           Defendant

\*   \*   \*   \*   \*   \*

Motion of reconsideration

Comes the defendant, Marquis Deran Heard, (Pro se) in the above styled case and requests this honorable court to reconsider his appeal and/or motions. The defendant would ask that the court suspend the rules, grant reconsideration based on the affidavit and grounds below:

1. The Federal Rules of Appellate Procedure (2) allows a suspension of the rules for a good cause.

2. The defendant raised the motion in a timely manner to the lower courts who denied jurisdictional review of a constitutional matter and refuses to allow a withdrawal from an attorney who refuses to raise & let the defendant enter his plea.

3. The defendant being untrained in the political science of law has limited time and access to case law to support his particular situation with respect to the legal business and its proffessionals. He cites Id. Moir v. Greater Cleveland Reg'l Transit Auth., 895 F. 2d 266, 269 6th cir 1990) as a show of respect to such business

I believe this is in accordance to Rcr 12(b) which enables a defendant to raise by motion the defense of lack of jurisdiction, which I filed voluntarily to the lower court.

4. It would be a waste of the courts time to address the exact same situation post trial

5. Under the classified US Supreme Court Digest pleading 130 states a pro se complaintant should not be dismissed for failure to state a claim that would not entail relief and should be also filed with less stringent observation than one submitted by an attorney. Haines v. Kerner 04 US 519 30 L. Ed. 2d 652

6. The Superior Courts refusal to interject justice places the defendant in a bind as he cannot gain vital and key information to aid in his defense. The defendant had a lis pendens placed against him and does not know if his arrest was part of his criminal matter or in conjunction of Rcr 64

7. I have included an affidavit sent to the USA, lower courts, appellate courts & my attorney in an attempt to enter a special plea and to emphasize my attorneys unwantoness to expedite justice which I would like filed and entered in the sixth circut database for future reference of my attempt to resolve this issue.

## Certificate of Service

I certify that a copy of my motion of reconsideration was sent to opposing counsel on the 30th day of January 2012

Robin L. Eads
Notary #422097
exp. 6/27/2014

Marquis D. Heard
Marquis D. Heard