UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - GENERAL

__LEXINGTON__   Case No. _5:11-CR-73-JBC_   At _LEXINGTON_   Date __5/1/2012__

U.S.A. vs _Marquis Deron Heard (1)_   _X_ present   _X_ custody   ___bond   ___OR   AGE_____

Docket entry: Counsel for the parties appeared as indicated below. The defendant expressed his desire to proceed pro se. After careful probing and consideration by the court, Marquis Deron Heard shall be permitted to represent himself in this matter. Mr. Heard stipulated to the competency report and he is deemed competent to stand trial. Andrew Stephens is relieved of further responsibilities as appointed counsel, but shall remain in the case as an appointed legal advisor. Mr. Stephens shall deliver all discovery and information in his possession regarding this case to Mr. Heard by the end of the day tomorrow. The defendant shall have until May 25, 2012, to file any pretrial motions. The jury trial in this matter is scheduled on July 23, 2012, at 9:00 a.m. The court will set aside 10 days for trial. The defendant was remanded to custody. A separate order shall issue.
        This 20th day of April 2012.

PRESENT:   HON.   _JENNIFER B. COFFMAN_   , CHIEF JUDGE U.S. DISTRICT COURT


_Mitchell Zegafuse_   _Peggy Weber_   _Roger West_____
Deputy Clerk   Court Reporter   Assistant U.S. Attorney


Counsel/Advisor for Defendant: _Andrew M. Stephens_   _X_ present _X_ appointed ___retained


PROCEEDINGS:        Competency Hearing - non-evidentiary

        .

TIC: 50 minutes                                        Initials of Deputy Clerk _mwz_
Competency Hearing - non-evidentiary