UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL BRANCH AT LONDON
CASE #5:11-CR-73-JBC-01

UNITED STATES OF AMERICA                                             PLAINTIFF

v.

MARQUIS D. HEARD                                                     DEFENDANT

## NOTICE OF COMPLIANCE

Comes now, CJA Counsel of Record, Andrew M. Stephens, and herewith gives notice of his compliance with the Court's order dated May 1, 2012, in that all discovery material, including discs and all other relevant pleadings were hand delivered to the defendant in care of the Fayette County Detention Facility, 600 Old Frankfort Circle, Lexington, KY 40510, on this the 2nd day of May, 2012.

Respectfully submitted,

__/s/ Andrew M. Stephens__
ANDREW M. STEPHENS
Attorney for Defendant
107 Church Street, Suite 200
Lexington, KY 40601
Phone: 859-233-2232
Fax: 859-854-3992