Case: 5:11-cr-00073-KKC Doc #: 133 Filed: 05/14/12 Page: 1 of 1 - Page ID#: 430
Eastern District of Kentucky
FILED
MAY 14 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

To the clerk of the court,

MAY 14 2012

I would like a copy of the court order showing that I am representing myself pro se as ordered on May 1, 2012 sent to myself & to the staff at the Lexington jail. I will also be needing the following documents associated with case # 11cr73:

1. A copy of all pro se motions & letters written by Marquis D. Heard
2. A copy of indictment 11cr73 issued on 6/2/11
3. A copy of the docket sheet pertaining to named/numbered case.

If there is at all any problem locating or sending any of the above named documents I would like an explanation in writing as to why. I would like this information mailed out to me immediately upon receipt of this request and would like to note the date written & dated letter as a show of my voluntary attempt at resolve into this matter.

I, Marquis D. Heard hereby certify that this letter was given to the inmate services staff on the 10th day of May 2012

Signed,
Marquis D. Heard
Marquis D. Heard