UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 11-CR-73-SS-JBC          *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.          <u>GOVERNMENT'S STATEMENT OF THE CASE</u>

MARQUIS DERON HEARD                                                         DEFENDANT

* * * * *

    Comes now Assistant United States Attorney J. Thompson and submits to the Court and the defense government's statement of the case.

    The United States alleges that on or about or between September 2008 and May 2011, Marquis Deron Heard did conspire to distribute 5 kilograms or more of cocaine, and that he committed a number of other crimes related to cocaine possession and distribution. More specifically, the United States alleges that on February 28, 2011, Heard distributed cocaine. Additionally, the United States alleges that between May 2011 and June 7, 2011 that Heard conspired with Raul Soltero Baeza to distribute 28 grams or more of cocaine, and further, that they possessed with intent to 28 grams or more of cocaine on June 7, 2011. The United States likewise alleges that on June 7, 2011 that Heard possessed several weapons after have been convicted of a felony offense.

    Additionally, the United States alleges a number of financial crimes committed by the defendant Heard, including that he conspired with others to conduct financial

transactions affecting interstate commerce using the proceeds of an unlawful activity, namely, the unlawful distribution of controlled substances.  Further, the United States alleges that on November 16, 2010, and continuing through May 2011, the United States alleges that Heard conducted financial transactions involving proceeds of an unlawful activity, that is, the distribution of cocaine, in an attempt to disguise that unlawful activity by making approximately $182,600 in cash payments toward the purchase of a house.  As part of this same series of payments, the United States alleges that the approximately 23 cash payments were made in such a way as to avoid federal reporting requirements by being less than $10,000 each.   The United States further alleges that on four occasions Heard attempted to conduct financial transactions affecting interstate commerce using proceeds of an unlawful activity by purchasing jewelry in an attempt to disguise or conceal the nature of the unlawful activity.

 Finally, the United States alleges that items of Heard's property are forfeitable under federal law under several different theories. First, the United States alleges in committing a number of felonies that Heard used properties to commit and facilitate controlled substance violations, and further, that a number of the listed properties constitute proceeds directly or indirectly as a result of his drug trafficking activity. Further, the United States alleges that a number of Heard's real and personal property are forfeitable as a result of his money-laundering activity charged in Count 6 of the Indictment.  Lastly, the United States alleges that all weapons seized from Heard or his property are forfeitable as a result of his status as a previously convicted felon.

                                          Respectfully submitted,

                                          KERRY B. HARVEY
                                          UNITED STATES ATTORNEY

          By:    s/ J. Hamilton Thompson
                  J. Hamilton Thompson
                  Assistant United States Attorney
                  260 W. Vine Street, Suite 300
                  Lexington, Kentucky 40507-1612
                  (859) 685-4853
                  J.thompson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send notice of the electronic filing to standby counsel of record. Additionally, a copy will be mailed to the pro se defendant.

                                          s/ J. Hamilton Thompson
                                          Assistant United States Attorney