UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - GENERAL

Lexington      Case No. 5:11-CR-73-KKC-1      At Lexington      Date 1/7/2013

U.S.A. vs Marquis Deron Heard (1)    X present    X custody

DOCKET ENTRY: Pretrial conference held. Defendant was present in custody and the hearing proceeded as indicated below.

PRESENT:    HON. KAREN K. CALDWELL, CHIEF JUDGE U.S. DISTRICT COURT

Mitchell Zegafuse      Rhonda Sansom       J. Hamilton Thompson
Deputy Clerk           Court Reporter      Assistant U.S. Attorney

PROCEEDINGS:            PRETRIAL CONFERNCE

## MINUTE ENTRY

The parties appeared for a pretrial conference. Assistant U.S. Attorney J. Hamilton Thompson participated on behalf of the United States. The defendant, Marquis Heard, was present in custody and represented himself. Hon. Andrew Stephens was present as stand-by counsel. The proceeding was recorded by official court reporter Rhonda Sansom.

The court heard statements from the defendant and all counsel. Based on the entirety of the record and advice of stand-by counsel, the court believes there is sufficient evidence in the record to support Judge Jennifer Coffman's finding that the defendant is competent to stand trial. The defendant again waived his right to appointment of counsel and will continue as a pro se defendant at trial.

The court proceeded to detail what the parties could expect for the trial process. Voir dire will be conducted by the court. Certain potential jurors may be excused from service for cause. Following these strikes for cause, the parties will exercise their peremptory challenges. The government will have 9 challenges and the defendant will be allowed 13 challenges. The jury will be comprised of the first 15 members of the jury pool that are not struck with 3 of these jurors serving as alternates. After the jury is seated the court will give preliminary instructions to the jury followed by 20 minute opening statements by the parties. These opening statements will be given from counsel's tables. The government will proceed to present its case against the defendant and if the defendant chooses to do so, he will then be permitted to present a defense. Examination of witnesses and a jury instruction conference will proceed as discussed on the record. The court will impose Rule 615 of the

Federal Rules of Evidence relating to the separation of witnesses. After the parties have presented their cases and if any Rule 29 motions have been made and denied, the parties will give closing arguments. Following closing arguments the jury will be given instructions and will then be excused to deliberate until the jury reaches a unanimous verdict.

The defendant made various oral motions that were addressed on the record and will also be addressed by separate order.

TIC: 1 hour/13 minutes
Pretrial Conference - non-evidentiary
cc: DFT, COR, USM, USP, D, JC                                    Initials of Deputy Clerk mwz