UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AMENDED CRIMINAL MINUTES -TRIAL

LEXINGTON     Case No. 5:11-CR-73-KKC     At LEXINGTON     Date 1/11/2013

Docket Entry: Defendant and counsel were present as indicated below. Jurors #344 and #347 were identified as the alternates prior to the jury retiring for deliberations.
This 11th day of January, 2013.

PRESENT:

HON. KAREN K. CALDWELL , CHIEF JUDGE U.S. DISTRICT COURT

Mitchell Zegafuse          Rhonda Sansom
Deputy Clerk               Court Reporter

J. Hamilton Thompson                     None required
Assistant U.S. Attorney                  Interpreter Present

| DEFENDANT | ATTORNEY FOR DEFENDANT |
|---|---|
| (1) Marquis Deron Heard, Pro Se | (1) Stand-by counsel Andrew M. Stephens |
|   X Present  X Custody ___OR |   X Present  X Appointed ___Retained |

 X JURY TRIAL resumed. Jury present as follows:

(1) 257    (2) excused 1/10/13   (3) 306    (4) 308    (5) 310
(6) 314    (7) 316    (8) 322    (9) 323    (10) 326
(11) 332   (12) 338   (13) 339   (14) 344 - Alt 1   (15) 347 - Alt 2

Introduction of Evidence for plaintiff    ___begun   *___resumed   *___concluded.
Introduction of Evidence for defendant    ___begun   ___resumed   ___concluded.
*X Closing arguments by the parties    *X Jury given instructions
___Case continued to_____ at_____ for further trial.
___Motions for Judgment of Acquittal    ___granted   ___denied   ___submitted.
 X Jury retires to deliberate at 12:12 p.m.   Jury returns at 2:30 p.m.
 X JURY VERDICT.  See signed verdict as to each defendant.    ___FINDING BY COURT.
(1)   DEFENDANT   Guilty as to Counts 1-2,4-7,& 9-35

 X Jury polled.        ___Polling waived.          ___Mistrial declared.
___Copy of presentence report not requested.   ___Court received Presentence Report.
 X Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P.
___Defendant to remain on bond, and on conditions of release.
 X Defendants remanded to custody.

Case continued until 4/18/2013, at 10:30 a.m. at Lexington, Kentucky, for sentencing, subject to intervening orders of the Court.

TIC: 2 hours/ 22 minutes                        Initials of Deputy Clerk mwz

*Minutes were amended to indicate that no evidence was introduced by the government on the last day of trial and also to indicate the parties gave closing arguments and the jury was instructed.