UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**

JAN 1 1 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 11-73-KKC

UNITED STATES OF AMERICA,     PLAINTIFF,

v.     **VERDICT FORM**

MARQUIS DERON HEARD,     DEFENDANT.

\* \* \* \* \* \* \* \* \*

We, the jury, find the defendant, **Marquis Deron Heard**, as to:

| Count | Verdict | |
|---|---|---|
| COUNT 1 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 2 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 4 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 5 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 6 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 7 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 9 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 10 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 11 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 12 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 13 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 14 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 15 | GUILTY ✓ | NOT GUILTY ___ |
| COUNT 16 | GUILTY ✓ | NOT GUILTY ___ |

COUNT 17     GUILTY __✓__     NOT GUILTY _____

COUNT 18     GUILTY __✓__     NOT GUILTY _____

COUNT 19     GUILTY __✓__     NOT GUILTY _____

COUNT 20     GUILTY __✓__     NOT GUILTY _____

COUNT 21     GUILTY __✓__     NOT GUILTY _____

COUNT 22     GUILTY __✓__     NOT GUILTY _____

COUNT 23     GUILTY __✓__     NOT GUILTY _____

COUNT 24     GUILTY __✓__     NOT GUILTY _____

COUNT 25     GUILTY __✓__     NOT GUILTY _____

COUNT 26     GUILTY __✓__     NOT GUILTY _____

COUNT 27     GUILTY __✓__     NOT GUILTY _____

COUNT 28     GUILTY __✓__     NOT GUILTY _____

COUNT 29     GUILTY __✓__     NOT GUILTY _____

COUNT 30     GUILTY __✓__     NOT GUILTY _____

COUNT 31     GUILTY __✓__     NOT GUILTY _____

COUNT 32     GUILTY __✓__     NOT GUILTY _____

COUNT 33     GUILTY __✓__     NOT GUILTY _____

COUNT 34     GUILTY __✓__     NOT GUILTY _____

COUNT 35     GUILTY __✓__     NOT GUILTY _____

__1/11/13__
DATE

__/310__
FOREPERSON