UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

Eastern District of Kentucky
**FILED**

MAY 02 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:11-CR-73-KKC

UNITED STATES OF AMERICA                                              PLAINTIFF

VS:                    COURT'S ADVICE OF RIGHT TO APPEAL

MARQUIS DERON HEARD (1)                                              DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\*

You are notified by this Court that you have a right to appeal your sentence to the Sixth Circuit Court of Appeals, which on proper appeal will review this case and determine whether there has been an error of law.

If you do not have sufficient funds to pay for the appeal, you have a right to apply to appeal in forma pauperis, which means you may appeal without paying for it. If you are without the services of an attorney and desire to appeal, upon request, the Clerk of the Court shall prepare and file forthwith notice of appeal on your behalf.

This Notice of Appeal must be filed within fourteen (14) days from the date of entry of the written judgment.

If you do not have sufficient funds to employ an attorney, you may request appointment of counsel to prosecute the appeal for you.

ACKNOWLEDGMENT

The above statement has been read to me in open court and a copy furnished to me this 2nd day of May, 2013.

_____
Defendant

_____
Counsel for Defendant

Witness: _____
Deputy Clerk