Eastern District of Kentucky
**F I L E D**
SEP 16 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL NO. 11-73-KKC**

**UNITED STATES OF AMERICA**          **PLAINTIFF**

**VS.**    **CORRECTED FINAL DECREE AND ORDER OF FORFEITURE**

**MARQUIS DERON HEARD**          **DEFENDANT**

\* \* \* \* \*

WHEREAS, on March 1, 2013, this Court entered orders of forfeiture pursuant to the provisions of 21 U.S.C. § 853;

AND WHEREAS, notice of the United States' intention to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published on an official government internet website for 30 consecutive days beginning March 21, 2013; and no claim having been made;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Internal Revenue Service shall forthwith seize the following forfeited property and dispose of it in accordance with the law:

    CONVEYANCES:
    a. 2007 Mercedes Benz S50, VIN # WDDNG71X17A107915,
    b. 1999 GMC Yukon, VIN # 1GKEK13R6XJ735848,
    c. 1976 Chevrolet Caprice, VIN # 1N47L61188388, and
    d. 1970 Pontiac Catalina, VIN # 252670P246317.

REAL PROPERTY:
2429 Portland Avenue, Louisville, Kentucky
BEGINNING in the North line of Portland Avenue, at a point 70 feet Eastwardly from the East line of 25th Street; thence extending Eastwardly in the Northerly line of Portland Avenue 30 feet, and thence extending back Northwardly of the same width as the front throughout, and between lines parallel with 25th Street, 110 feet deep.

Parcel Number: 02-005F-0059-0000; File No. 08-1697-FR

Being the same property conveyed to Marquis D. Heard, by deed dated October 15, 2008, of record in Deed Book 9305, Page 939, in the records of the Jefferson County Clerk.

CASH/CURRENCY:
a. $1,061.00 in U.S. currency and
b. $6,842.21 seized from Central Bank account # 213 745 97.

PERSONAL PROPERTY:
a. Necklace with cross,
b. Gold and diamond ring,
c. White gold ring,
d. Sapphire and diamond bracelet,
e. White gold cross pendant,
f. Rose gold and ruby pendant,
g. Silver and gold diamond studded Rolex watch,
h. Silver and gold diamond studded matching bracelet,
i. Mitsubishi TV, model LT52148, Serial # 102269, and
j. Vizio TV, model VW32L, HDTV40A, Serial # LUPDJCK0807460.

FIREARMS AND AMMUNITION:
a. Smith & Wesson, .38 caliber handgun, serial number DBN9630;
b. Springfield Armory, model 1911-A1 handgun, serial number NM74558;
c. Smith & Wesson, model 4516-1 handgun, serial number TEF3510; and
d. Miscellaneous ammunition.

2. That the above-listed property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.

3. That the forfeited property listed herein be disposed of according to law.

4. That any and all forfeited funds, and the proceeds of sale from any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, shall be deposited forthwith by the by the Internal Revenue Service into the Department of the Treasury Asset Forfeiture Fund in accordance with 31 U.S.C. § 9703(o).

Dated this __16__ day of __September__, 2013.

_Karen K. Caldwell_
UNITED STATES DISTRICT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY

s/ David Y. Olinger, Jr.
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4896
fax (859) 233-2658
e-mail: david.olinger@usdoj.gov