To the Clerk of the court,

OCT 22 2013

I would like to know how much is a certified copy of the affidavit in support of the search warrant in case 11cr73 and the Title III affidavit in support of the search warrant & is this public record so that my family may retrieve these documents or foot the costs for me. And I would also like to know how to get a true attested copy of my grand jury minutes from Mrs. Yankey.

Eastern District of Kentucky
FILED
OCT 22 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

October 18, 2013

Sincerely,

Marquis D. Heard
Marquis D. Heard